

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable E. L. Bauknight
Acting County Attorney
Travis County
Austin, Texas

Dear Sir:

Opinion No. O-3963
Re: Commissioners' Court has no
authority to appropriate
$400.00 to purchase reading
room equipment for Camp Bowie.

You request an opinion of this department on the
right of the Commissioners' Court of Travis County, Texas,
to appropriate $400.00 for the purpose of purchasing reading
room equipment to be used by the 111th Quartermaster Corps
of the National Guard, a Travis County unit, now stationed
in Brownwood, Texas, with the understanding that such equip-
ment if purchased will be returned to Camp Mabry upon the
return of such unit to the county.

If such right is conferred upon the Commissioners'
Court it is by virtue of Article 5886 of the Revised Civil
Statutes, which reads in part:

"Each Commissioners' Court and the Council
or Commission of each City or Town in this
State is hereby authorized in their discretion,
to appropriate a sufficient sum, not otherwise
appropriated, to pay the necessary expenses of
the administrative units of the National Guard
of this State located in their respective
Counties and in or near their respective Cities
or Towns, not to exceed the sum of One Hundred
($100.00) Dollars per month for such expenses
from any one such Court, Council or Commission
for any one organization; . . ."

It is to be noted that the appropriation authorized
by such article is specifically limited to the payment of
"the necessary expenses of the administrative units." It is

Honorable E. L. Bauknight, Page 2

our opinion that the use of such language manifests a legislative intention that such money is to be used for administrative overhead and not for the purposes here sought.

It is our opinion that your question must be answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

NOV 24, 1941

By *Lloyd Armstrong*

Lloyd Armstrong
Assistant

LA:GO



APPROVED
OPINION
COMMITTEE
BY *_____*
CHAIRMAN